# United States District Court
## Western District of North Carolina
### Asheville Division

| | | |
|---|---|---|
| LEE EMMETT CHARLES, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:13-cv-00036-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| DUDLEY GREEN, McDowell | ) | |
| Sheriff; ASA MCNEILLY, Captain | ) | |
| over Jail; BRENDA VAUGHN, | ) | |
| Lieutenant over Jail; RICK | ) | |
| BUCHANAN, Chief Detective, | ) | |
| | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 8, 2015 Order.

July 8, 2015

Frank G. Johns, Clerk
United States District Court